UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
at CHATTANOOGA

| | | |
|---|---|---|
| In re: | ) | |
| THOMAS E. COWAN, JR., ESQ. | ) | |
| BPR No. 002026 | ) | 1:08-mc-3 |
| | ) | |
| | ) | Chief Judge Curtis L. Collier |
| | ) | |
| | ) | |

**O R D E R**

      Pursuant to the Court's disciplinary authority under E.D.TN. L.R. 83.7, Respondent Thomas E. Cowan was suspended from the practice of law in the Eastern District of Tennessee for a period of six months and placed on probation for one year following the suspension (Court File No. 8). To protect the reputation and interests of an attorney accused of allegedly unethical conduct, all records pertaining to the proceedings have been under seal in the Clerk's Office. E.D.TN. L.R. 83.7(b); *In re Moncier*, 550 F. Supp. 2d 768, 774-75 (E.D. Tenn. 2008). The investigation into the alleged misconduct is complete and the Court has determined Respondent's actions warrant discipline. Since the confidentiality rule protects attorneys from unfounded allegations, following a final order of suspension, there is no longer any need to keep the proceedings from being public record. The public interest is served by allowing open access to judicial proceedings. However, due to an ongoing, related investigation, the Recommendations (Court File No. 6) and the Order of suspension (Court File No. 8) will remain sealed. A redacted version of the Court's Order of suspension (Court File No. 9) will be publicly available.

      The Clerk's Office is **DIRECTED** to unseal the record as to Court File Nos. 1, 2, 3, 4, 5, and 7. Judge Parsons's Recommendations (Court File No. 6) and the Order of suspension (Court File

No. 8) will remain sealed until further notice.

**SO ORDERED.**

**ENTER:**

/s/
**CURTIS L. COLLIER**
**CHIEF UNITED STATES DISTRICT JUDGE**

2

Case 1:08-mc-00003-TAV-SKL   Document 10   Filed 03/17/09   Page 2 of 2   PageID #: 192